THE PEOPLE OF THE STATE OF NEW YORK v. JAY P. CORBETT, Alias.— Preference granted for May 3, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of ETTA GROB v. ROBERT GROB.— Motion denied. (See *People* v. *Phillips*, 219 App. Div. 352.) Order signed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JONAS & NAUMBERG CORPORATION v. ADU TIRDZNIECIBAS UN RUPNIECIBAS AKCIJU SABIEDRIBA " MICHLIN UB DELI " Sometimes Known as LEDER HANDELS UND INDUSTRIE AKTIENGESELLSCHAFT MICHLIN UND SOEHNE and Sometimes Also Known as SOCIETY MICHLIN & SONS, LTD.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WENDELL P. BARKER v. LEWIS H. GREVE, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIMON GUTNER, Appellant, v. MARGARET N. TAYLOR and Others, Defendants, Impleaded with MADISON AVENUE OFFICES, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRIS WISHNATZKI and Another, Copartners, etc., Respondents, v. SODUS FRUIT FARM, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VINCENT F. BURNS, Appellant, v. WILLIAM F. KENNY COMPANY, Respondent. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY ARMSTRONG, Appellant, v. FRED HERMAN, Respondent, Impleaded with MARY HERMAN, Also Known as MARY BUTTNER, Defendant.— Order affirmed, with ten dollars costs and disbursements. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and O'Malley, J., dissent.

ELLA MARTIN, an Infant, by STEPHEN J. MARTIN, Her Guardian ad Litem, Respondent, v. H. C. F. KOCH & Co., INC., Defendant. FANNIE HOROVITZ, Appellant.— Order so far as appealed from affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS KURTZMAN, Appellant, v. LOUIS COHEN, as President of the Retail Grocery and Dairy Clerks' Union of Greater New York, and Others, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements to the appellant, and the motion for an injunction during the pendency of the action granted as prayed for by the plaintiff. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of HENRY W. JAMESON, Respondent, v. CHARLES W. BERRY, as Comptroller of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.